**GARY SCHOER**
ATTORNEY AT LAW
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

March 29, 2012

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: US. v. VIZZI
Docket No.: 11 CR 30 (KAM)

Dear Honorable Madam:

Please accept this letter, which I have been asked to write by Pretrial Services in Miami, Florida, to advise your Honor that when the Defendant flew to New York for his sentencing proceeding on March 15, 2012 in order to save money with respect to the cost of his airplane flight, he, with the knowledge of his Pretrial Officer, stayed in New York for the one week period from March 13, 2012 through March 20, 2012.

Respectfully

GARY SCHOER

GS/tm
cc: Allon Liftshitz, AUSA
    (Via ECF)